Court of Criminal Appeals of Texas.
Feb. 1, 1950.

### BARBA v. STATE.
### No. 24621.

Court of Criminal Appeals of Texas.
Feb. 1, 1950.

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of unlawfully possessing a narcotic drug, towit: morphine sulphate tablets. He entered his plea of guilty before a jury, which fixed his punishment at two years in the penitentiary.

454

He perfected an appeal to this court, and the record is before us without statement of facts or bills of exception. In such condition nothing is presented for review and the judgment is affirmed.